**Order entered September 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00326-CR

**NEIL PAUL NOBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F18-45998-K**

## ORDER

Before the Court is appellant's September 13, 2021 motion for an extension of time to file his brief and to increase the allowed length of appellant's brief to 100,000 words total.

We **GRANT** appellant's motion to the extent we **ORDER** appellant's brief filed by October 14, 2021. We **DENY** appellant's request to increase the length of his brief. Appellant is cautioned that briefs filed in the Court of Appeals must comply with the rules of appellate procedure, including rule 9.4(i)(1), (2).

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE